UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEARNEY PARTNERS FUND, LLC, by and
through Lincoln Partners Fund, LLC, Tax matters
Partner,

                      Plaintiff,

-vs-                                                       Case No. 2:10-cv-153-FtM-SPC

UNITED STATES OF AMERICA, by and through
its agent, the Internal Revenue Service,

                      Defendant.
_____/

## ORDER

This matter comes before the Court on the Motion to Appear *Pro Hac Vice* (Doc. # 2) filed on March 11, 2010. Charles E. Hodges, II, Esq., of the law firm Chamberlain, Hrdlicka, White, Williams and Martin, 191 Peachtree Street, N.E., 34th Floor, Atlanta, Georgia 30303, moves the Court for admission *pro hac vice* on behalf of the Plaintiff. Attorney Hodges is a member in good standing with the State Bar of Georgia. Further, G. Gordon Harrison, Esq., of the Pavese Law Firm, P.O. Box 1507, Fort Myers, Florida 33902, has agreed to serve as local Counsel of record. The Court, having considered the motion, finds good cause and will grant the admission *pro hac vice.*

Accordingly, it is now

**ORDERED:**

(1) The Motion to Appear *Pro Hac Vice* is **GRANTED.** Charles E. Hodges, II, Esq., of the law firm Chamberlain, Hrdlicka, White, Williams and Martin, 191 Peachtree Street, N.E., 34th Floor, Atlanta, Georgia 30303, shall be admitted *pro hac vice* on behalf of the Plaintiff.

(2) G. Gordon Harrison, Esq., of the Pavese Law Firm, P.O. Box 1507, Fort Myers,

Florida 33902, shall be designated local Counsel in this matter.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4) Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida this __13th__ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record