UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEARNEY PARTNERS FUND, LLC, by and
through Lincoln Partners Fund, LLC, Tax Matters
Partner,

                        Plaintiff,

-vs-                                                        Case No.  2:10-cv-153-FtM-36SPC

UNITED STATES OF AMERICA, by and through
its agent, the Internal Revenue Service,

                        Defendant.
_____/

## ORDER

This matter comes before the Court on the Joint Motion to Extend Time to Conduct the Case Management Conference and File a Case Management Report (Doc. #18) filed on May 21, 2010. The Parties move the Court for an extension of time to meet for the purpose of preparing and submitting the Case Management Report.  As grounds, Counsel indicates an extension of time is necessary in order to review administrative files from the Internal Revenue Service that are pertinent for discussion at the Case Management Conference.   Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested.  Having considered the motion, the Court finds good cause and will grant the relief requested.

Accordingly, it is now

**ORDERED:**

The Joint Motion to Extend Time to Conduct the Case Management Conference and File a Case Management Report (Doc. #18) is **GRANTED**.   The Deadline to meet for the Case

Management Conference shall be extended to **JULY 23, 2010.** The deadline to submit the Case Management Report shall be extended to **AUGUST 6, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this __24th__ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record