# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

KEARNEY PARTNERS FUND, LLC, by and
through Lincoln Partners Fund, LLC, Tax Matters
Partner,

                          Plaintiff,

-vs-                                         Case No.  2:10-cv-153-FtM-36SPC

UNITED STATES OF AMERICA, by and through
its agent, the Internal Revenue Service,

                         Defendant.

_____/

## ORDER

       This matter comes before the Court on the Defendant, the United States of America's

Unopposed Motion to Appear at the Case Management Conference by Telephone  (Doc. #22) filed

on July 6, 2010.   Counsel for parties are located in different cities and have agreed to meet

telephonically.  As the use of telephonic hearings and conference is encouraged, the Court will grant

the motion.  M.D. Fla. Local Rule 3.01(I).

       Accordingly, it is now **ORDERED**:

       The Defendant, the United States of America's Unopposed Motion to Appear at the Case

Management Conference by Telephone (Doc. #22) is **GRANTED**.

       **DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of July, 2010.

                                *Sheri Polster Chappell*

                            SHERI POLSTER CHAPPELL
                         UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record