UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEARNEY PARTNERS FUND, LLC, by and
through Lincoln Partners Fund, LLC, Tax Matters
Partner,

                  Plaintiff,

-vs-                                                 Case No.  2:10-cv-153-FtM-36SPC

UNITED STATES OF AMERICA, by and through
its agent, the Internal Revenue Service,

                  Defendant.
_____/

**ORDER**

This matter comes before the Court on the Plainitff Kearney Partners Fund, LLC., and the Defendant United States of America's Joint Motion to Extend Deadlines for Filing Original and Rebuttal Experts (Doc. #72) filed on September 22, 2011.  The Parties move the Court to extend the deadline up to October 11, 2011.  The deadline is currently set for October 3, 2011.  In addition, the Parties move the Court to enlarge the Rebuttal Expert Report deadline from November 1, 2011, to November 3, 2011.

As grounds, the Parties state that at least one deposition had to be changed due to flooding on the east coast caused by hurricane Irene.  The extensions of time will not cause extensive delays and  due to the damage inflicted by hurricane Irene, good cause exists to grant the Motion.

Accordingly, it is now

**ORDERED:**

The Plainitff Kearney Partners Fund, LLC., and the Defendant United States of America's Joint Motion to Extend Deadlines for Filing Original and Rebuttal Experts (Doc. #72) is **GRANTED**.

(1) The Deadline to submit the Parties Expert Reports is Enlarged up to and including **October 11, 2011.**

(2) The Deadline to submit Rebuttal Expert Reports is Enlarged up to **November 3, 2011.**

**DONE AND ORDERED** at Fort Myers, Florida, this   26th   day of September, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record